1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   RUDOLPHO ALBERTO ALVAREZ,        )    1:04-cv-06488-REC-DLB-HC
                                      )
12            Petitioner,             )    **ORDER ADOPTING REPORT AND**
                                      )    **RECOMMENDATION** (Doc. 14)
13   v.                               )
                                      )    **ORDER GRANTING MOTION TO**
14   DAVID L. RUNNELS, WARDEN,        )    **DISMISS** (Doc. 10)
                                      )
15            Respondent.             )    **ORDER DISMISSING PETITION**
     _____)    **FOR WRIT OF HABEAS CORPUS**
16
                                           **ORDER DIRECTING CLERK TO**
17                                         **ENTER JUDGMENT**

18

19        Petitioner is a state prisoner proceeding pro se with a

20   Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

21        On March 23, 2005, the Magistrate Judge filed a Report and

22   Recommendation that the Motion to Dismiss the Petition for Writ of

23   Habeas Corpus be GRANTED, that the Petition be DISMISSED, and that

24   the Clerk enter judgment.  This Report and Recommendation was

25   served on all parties and contained notice that any objections were

26   to be filed within thirty (30) days from the date of service of

27   that order.  On April 6, 2005, Petitioner filed objections to the

28   Report and Recommendation.

                                    1

1    In accordance with the provisions of 28 U.S.C. § 636

2 (b)(1)(C), this Court has conducted a *de novo* review of the case.

3 The court concurs with the recommendation.  Petitioner's assertion

4 that his present petition is timely because Judge Ishii failed to

5 advise him "of the stay and abey option" in No. CV-F-02-6636

6 AWI/HGB HC is without merit.  In <u>Pliler v. Ford</u>, 542 U.S. 225

7 (2004), the Supreme Court held that the district court is not

8 required to make such an advisement.  Petitioner contends that the

9 Ninth Circuit will find that the instant petition is timely because

10 of Judge Ishii's failure to make this advisement, citing "<u>Brambles</u>

11 <u>v. Duncan</u>, D.A.R. 5900, Wednesday, June 4, 2003."  However,

12 <u>Brambles v. Duncan</u>, 300 F.3d 1197, <u>amended</u>, 342 F.3d 898 (9th Cir.

13 2003), was vacated by the Supreme Court at 124 S.Ct. 2903 (2004),

14 and the Ninth Circuit's opinion was withdrawn at 404 F.3d 1118 (9th

15 Cir. 2005).

16    Accordingly, IT IS HEREBY ORDERED that:

17    1.    The Report and Recommendation, filed March 23, 2005, is

18 ADOPTED IN FULL;

19    2.    Respondent's Motion to Dismiss the Petition for Writ of

20 Habeas Corpus as being filed beyond the one-year statute of

21 limitations, filed February 17, 2005, is GRANTED;

22    3.    The Petition for Writ of Habeas Corpus is DISMISSED, with

23 prejudice, for Petitioner's failure to comply with the one-year

24 limitation period set forth in 28 U.S.C. § 2244(d); and,

25    4.    The Clerk of Court enter judgment.

26    IT IS SO ORDERED.

27 **Dated:  May 18, 2005**                         **/s/ Robert E. Coyle**
   668554                                    UNITED STATES DISTRICT JUDGE

28