IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPHO ALBERTO ALVAREZ,<br><br>             Petitioner,<br><br>       vs.<br><br>DAVID L. RUNNELS,<br><br>             Respondent. | No. CV-F-04-6488 REC<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY |

The court hereby declines to issue a certificate of appealability, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right with respect to the issues raised in his untimely petition for writ of habeas corpus.

IT IS SO ORDERED.

**Dated:  June 15, 2005**         /s/ Robert E. Coyle
668554                            UNITED STATES DISTRICT JUDGE